**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MILTON BETANCO-MARTINEZ,
by and through their next friend
KYLE SLONE,

Petitioner,

v. CIVIL ACTION NO. 3:26-00710

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioner's unopposed Motion to Modify the Order to Show Cause (ECF No. 8).

The Court **GRANTS** Petitioner's request to vacate the current briefing schedule and hearing date. The Court also **GRANTS** Petitioner's request for leave to amend the Petition, should it not be dismissed by Monday, November 9. Accordingly, the current briefing schedule and hearing is **VACATED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE