**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MILTON BETANCO-MARTINEZ,

Petitioner,

v. CIVIL ACTION NO. 3:26-00710

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Amended Verified Petition for a Writ of Habeas Corpus (ECF No. 10), **IT IS HEREBY ORDERED** that:

1. Respondents **SHALL** file a written response to **SHOW CAUSE** as to why the Petition should not be granted no later than **Thursday, November 12, 2026, at 5:00 p.m.** The response shall indicate whether Respondents have a good faith basis to assert that they will present arguments in this case that have not previously been considered and rejected by this Court.

2. Petitioner shall have an opportunity to file a reply no later than **Sunday, November 15, 2026, at 5:00 p.m.**
3. This matter shall be heard by this Court on **Tuesday, November 17, 2026, at 11:00 a.m.**, if necessary.
4. To the extent Respondents intend to assert that jurisdiction and/or venue in the Southern District of West Virginia is improper in this case, Respondents shall file any such objections no later than **Wednesday, November 11, 2026, at 5:00 p.m.** Any objections, too, shall indicate whether Respondents have a good faith basis to assert that they will present arguments pertaining to jurisdiction and/or venue that were not considered and rejected by this Court. Petitioner shall file any reply to any filed objections no later than twenty-four hours following Respondents' filing.
5. Petitioner's counsel shall provide Petitioner with a copy of this Order **Today, November 10, 2026**.
6. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by **Today, November 10, 2026, at 1:00 p.m.** and shall constitute good and sufficient service on Respondents.

ENTER: November 10, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE